John Matteis, Appellee, v. Edith Matteis, Appellant. Gen. No. 43,571.

opinion filed April 24, 1946; released for publication May 10, 1946. James J. Hajek, for appellant; Brodkin & Bieber, for appellee; Irving W. Eiserman, of counsel. Opinion by JUSTICE BURKE. **Not to be published in full.**